# The Red Mean

Know no good.
Bring out your dead.
Let em eat cake
Off with your head.

Before you become
Donald Trump's clone.
Know Satan's reward,
Is only a loan.

Liars are losers.
Haters are cruel.
Oh what a pity,
To die such a fool.

Richard England